```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 15553
   JAMES W THOMAS SR
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-9104


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/28/2007 and was not confirmed.

     The case was dismissed without confirmation 10/11/2007.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                         PAID           PAID
--------------------------------------------------------------------------------
AMERICAS SERVICING COMPA NOTICE ONLY   NOT FILED            .00            .00
AMERICAS SERVICING COMPA CURRENT MORTG       .00            .00            .00
AMERICAS SERVICING COMPA SECURED NOT I  26622.94            .00            .00
EMC MORTGAGE CORPORATION NOTICE ONLY   NOT FILED            .00            .00
WACHDLRSERV              SECURED NOT I       .00            .00            .00
WACHDLRSERV              UNSECURED     NOT FILED            .00            .00
EMC MORTGAGE CORPORATION CURRENT MORTG       .00            .00            .00
EMC MORTGAGE             UNSECURED     NOT FILED            .00            .00
CHASE HOME FINANCE LLC   CURRENT MORTG       .00            .00            .00
CHASE MANHATTAN MORTGAGE UNSECURED     NOT FILED            .00            .00
AMERICAS SERVICEING COMP UNSECURED     NOT FILED            .00            .00
AMERICAN GENERAL FINANCE SECURED NOT I       .00            .00            .00
AMERICAN GENERAL FINANCE UNSECURED     NOT FILED            .00            .00
AMERICAN GENERAL FINANCE SECURED NOT I       .00            .00            .00
FIRST COMMERCIAL BANK    SECURED NOT I       .00            .00            .00
FIRST COMMERCIAL BANK    UNSECURED     NOT FILED            .00            .00
CHASE HOME FINANCE LLC   SECURED NOT I  22909.67            .00            .00
EMC MORTGAGE CORPORATION SECURED NOT I    402.62            .00            .00
BENNIE W FERNANDEZ       DEBTOR ATTY        .00                            .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00


         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                       --------------     --------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 15553 JAMES W THOMAS SR
```

```
TOTALS                                         .00                    .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 04/04/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```